In the Matter of ANTHONY ALLEN et al., Appellants, against WILLIAM J. KELLEY et al., Individually and Constituting the New York State Labor Relations Board, et al., Respondents.

Submitted January 8, 1951; decided January 11, 1951.

*William E. Grady, Jr.,* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.